# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ISRAEL OLIVERA,**
              Petitioner,

      v.                           Case No. 08-C-550

**DEPARTMENT OF CORRECTIONS,**
              Respondent.

## ORDER

On June 26, 2008, Israel Olivera ("Olivera"), a person incarcerated pursuant to a state court judgment, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Accompanying his request was a motion for leave to proceed in forma pauperis. (Docket No. 2.) Although he alleges in his petition that he is unable to pay the $5.00 filing fee, Olivera has failed to include a certified copy of his prison trust account statement. Therefore, the court cannot resolve his motion to proceed in forma pauperis. The court shall permit Olivera 30 days from the date of this order in which to submit a certified copy of his prison trust account statement. Once this additional information is received, the court shall then resolve Olivera's motion to proceed in forma pauperis.

**IT IS THEREFORE ORDERED** that **within 30 days** of the date of this order, the petitioner shall file with the court a certified copy of his prison trust account statement. If the petitioner fails to comply with this order, the court shall deny his motion to proceed in forma pauperis and dismiss his petition.

Dated at Milwaukee, Wisconsin this <u>7th</u> day of July 2008.

                                                        s/AARON E. GOODSTEIN
                                                        U.S. Magistrate Judge